**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1004**

SEANDELL FORMAN,

     Plaintiff - Appellant,

   v.

TEXAS GUARANTEED STUDENT LOAN CORPORATION, (TG),

     Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:13-cv-00691-D)

Submitted: April 23, 2015      Decided: April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Seandell Forman, Appellant Pro Se. Daniel Gerald Cahill, Caroline P. Mackie, POYNER SPRUILL LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Seandell Forman appeals the district court's order granting Defendant's motion for summary judgment in Forman's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Forman v. Tex. Guaranteed Student Loan Corp., No. 5:13-cv-00691-D (E.D.N.C. Dec. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED